**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)**

| | |
|---|---|
| PHILIP H. TREVINO,<br>　　　　Plaintiff<br>　　　v.<br><br>BONKEY'S, a Pennsylvania Limited Partnership,<br>　　　　Defendant | § CIVIL ACTION NO.: 1:16-cv-00531-ccc<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will be responsible for paying its own costs, expenses and attorney fees.

ZIRULNIK SHERLOCK & DEMILLE　　　THE LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　OF RONALD S. CANTER, LLC

/s/ Stephen E. Moore　　　　　　　　　　　/s/ Ronald S. Canter
Stephen E. Moore, Esq.　　　　　　　　　Ronald S. Canter, Esquire
309 Fellowship Road, Suite 330　　　　　Bar No. 94000
Mount Laurel, New Jersey 08054　　　　200A Monroe Street, Suite 104
Stephen.moore@selective.com　　　　　Rockville, Maryland 20850
*Attorney for Defendant*　　　　　　　　Telephone:  (301) 424-7490
　　　　　　　　　　　　　　　　　　　　Facsimile:   (301) 424-7470
　　　　　　　　　　　　　　　　　　　　rcanter@roncanterllc.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　11 East Market Street
　　　　　　　　　　　　　　　　　　　　Suite 102
　　　　　　　　　　　　　　　　　　　　York, Pennsylvania 17401
　　　　　　　　　　　　　　　　　　　　*Local Address*